UNITED STATES BANKRUPTCY COURT
DISTRICT OF BOSTON, MASSACHUSETTS

In Re: Helen Y Cameron, Debtor Chapter 7 Case # 12-16699 FJB

AMENDED MATRIX

Clerk, Please note: The Debtor has permission to proceed In Forma Pauperis. There is no filing fee required.

Signed: Helen Y. Cameron
October 18, 2012

Tremont Credit Union
150 Grossman Drive
Braintree, MA 02187

MERS
POB 2026
Flint, MI

OCT19'12 AM 7:56 USB

UNITED STATES BANKRUPTCY COURT
DISTRICT OF BOSTON, MASSACHUSETTS

In Re: Helen Y Cameron, Debtor Chapter 7 Case # 12-16699 FJB

VERIFICATION OF CREDITOR MATRIX

The above named debtor hereby verifies that the matrix listing creditors is true to the best of my knowledge.

Date: October 18, 2012 Signed: Helen Y Cameron, Debtor

OCT19'12 AM 7:56 USB